# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JIMI BRADLEY, Individually, and on behalf of himself and other similarly situated current and former employees, | ) ) ) ) |
| Plaintiff, | ) ) No. 2:20-cv-2039-SHL-tmp |
| v. | ) ) |
| MEMPHIS GOODWILL INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed on January 17, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Granting Joint Motion to Approve Settlement Agreement, (ECF No. 66), Judgment is entered and all claims by Willie Clayborn, Tierney Terry and Tiachunte Wilson are **DISMISSED WITHOUT PREJUDICE** while claims by the Settling Plaintiffs are **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 21, 2022
Date